

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00079-CV

**FREDRICK-MARSHAL: VAN HORN,**

**Appellant**

**v.**

**STATE OF TEXAS/ELLIS COUNTY,**

**Appellees**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 97022

## MEMORANDUM OPINION

Fredrick-Marshal: Van Horn attempts to appeal from the trial court's judgment dismissing Van Horn's lawsuit. By letter dated March 6, 2018, the Clerk of this Court notified Van Horn that his appeal was subject to dismissal because the notice of appeal was untimely. In the same letter, the Clerk warned Van Horn that the appeal would be dismissed unless, within 14 days from the date of the letter, a response was filed showing grounds for continuing the appeal. More than 14 days have passed and no response has been filed.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 42.3, 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 28, 2018
[CV06]

